CITY OF BRIDGEPORT *v.* PETER S. NIEDZWIECKI
(4338)
(4339)

DUPONT, C. J., BORDEN and SPALLONE, Js.

Argued December 3—decision released December 9, 1986

*Peter S. Niedzwiecki,* pro se, the appellant (defendant).

*Michael G. Maronich* filed a brief for the appellee (plaintiff).

PER CURIAM. Upon a careful review of the record and briefs, and affording the appropriate scope of review to all of the claims of error raised by the defendant, we find no reason to disturb the judgments of the trial court.

There is no error on either appeal.